appellant. M. J. Horan, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN and SCOTT, JJ., dissent, on Woodward v. N. Y. Railways Co. (decided November 20, 1914) 149 N. Y. Supp. 1003.

WESTCHESTER MORTGAGE CO. v. THOMAS B. McINTIRE, Inc., et al. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Action by the Westchester Mortgage Company against Thomas B. McIntire, Incorporated, and others, wherein William H. Foster appeals.

PER CURIAM. Appellant has neglected to comply with the rule that upon motions of this character he shall file an affidavit stating facts showing that there is merit in the appeal. If within five days appellant file an affidavit complying with such rule, the motion will be considered on its merits; in default thereof, the motion will be granted, with $10 costs. See, also, 152 N. Y. Supp. 1149.

WESTCHESTER MORTGAGE CO. v. THOMAS B. McINTIRE, Inc., et al. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Action by the Westchester Mortgage Company against Thomas B. McIntire, Incorporated, and others, wherein William H. Foster appeals.

PER CURIAM. Appellant has filed an affidavit as to merits, as required by our order of April 9, 1915, 152 N. Y. Supp. 1149. There is something to be said in favor of his contention. In addition, it appears that a proposed case on appeal has been served, and that respondent has served amendments thereto. Motion denied, on condition that appellant perfect his appeal, place the case on the May calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

WEST PUBLISHING CO. v. GLUCK. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by the West Publishing Company against Maurice B. Gluck. No opinion. Application denied, with $10 costs. Order signed.

WHITE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) In the matter of the claim of Sarah White, for compensation arising out of the death of Jacob White, against the New York Central & Hudson River Railroad Company, employer and self-insurer. No opinion. Award affirmed.

WHITEHILL, Appellant, v. HARTMAN CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Action by Robert Whitehill against the Hartman Construction Company.

PER CURIAM. Judgment of the Appellate Term (87 Misc. Rep. 184, 149 N. Y. Supp. 518) affirmed, with costs, on the opinion of Mr. Justice Blackmar.

JENKS, P. J., dissents, upon the dissenting opinion of Mr. Justice Kelly at the Appellate Term, with whom BURR, J., concurs.

WHITE PLAINS DEVELOPMENT CO. v. REED et al. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Action by the White Plains Development Company against Emma E. Reed and others. No opinion. Motion denied, with $10 costs. See, also, 151 N. Y. Supp. 1042.

WHITMORE, RAUBER & VICINUS, Appellant, v. EDGERTON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Whitmore, Rauber & Vicinus against Hiram H. Edgerton, individually and as Mayor of the City of Rochester, and others.

PER CURIAM. Judgment (in 87 Misc. Rep. 216, 149 N. Y. Supp. 508) affirmed, with costs.

ROBSON, J., dissents. FOOTE, J., not sitting.

WICK, Appellant, v. BOYD, Respondent. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Clark A. Wick against Thomas Boyd. G. W. Minor, of New York City, for appellant. B. F. Norris, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WIENER v. ROSS. BURTON v. W. BURTON & CO. BANCO DI ROMA v. SCAMAMELLI. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Actions by Moses A. Wiener against Louis Ross, by Lillian A. Burton against W. Burton & Co., and by the Banco di Roma against Louis J. Scamamelli. No opinions. Motions granted, unless appellants comply with terms stated in order. Orders filed. See, also, 151 N. Y. Supp. 1150; 152 N. Y. Supp. 1098, 1149.

WIENER, Respondent, v. ROSS, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Moses A. Wiener against Louis Ross. I. Auerbach, of New York City, for appellant. J. I. Wiener, of New York City, for respondent. No opinion. Determination affirmed, with costs. Order filed. See, also, 152 N. Y. Supp. 1149.

WIESNEWSKY, Respondent, v. E. E. SMITH CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 1, 1915.) Action by Joseph Wiesnewsky against the E. E. Smith Contracting Company.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents upon the grounds, first, that the verdict is against the weight of evidence; second, that there is no evidence which would justify the charge of the court that the jury might find that the master "promised to remove the danger which created the risk." The